IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS O. TAITE, #180664, | ) |
| Petitioner, | ) ) ) |
| vs. | ) )   CIV. ACT. 1:20-cv-565-TFM-MU |
| WARDEN JIMMY THOMAS, *et al.*, | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION AND ORDER

On July 28, 2021, the Magistrate Judge entered a report and recommendation which recommends that Marcus O. Taite's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice for lack of jurisdiction and all pending motions be denied. *See* Doc. 38. Petitioner Taite filed two documents in response to the recommendation which the Court construes as objections. *See* Docs. 39, 40. As such, the recommendation is ripe for review.

Petitioner's objections are generally nonsensical and seem to focus on a discussion of historical slavery. But, in sum, he fails to address the legal issues raised in the report and recommendation which rests upon Taite's failure to apply and receive permission from the Eleventh Circuit to file his successive habeas petitioner which deprives this Court of jurisdiction to entertain it.

Consequently, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, Petitioner's objections are **OVERRULED**, the Report and Recommendation of the Magistrate Judge (Doc. 38) is **ADOPTED** as the opinion of this Court. Petitioner's habeas petition is **DISMISSED without prejudice** and all pending motions are **DENIED as moot**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 20th day of August, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE