IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS O. TAITE, | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. 1:20-cv-565-TFM-MU |
| WARDEN JIMMY THOMAS, *et al.*, | ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Marcus O. Taite's habeas corpus petition, filed pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 20th day of August, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE